IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| CANDACE COLEMAN | § § § § | |
| Plaintiff | | |
| v. | § § § § § § § § § § | Civil Action No. 3:16-cv-00253 |
| | | Honorable Judge Shelly D. Dick |
| AMCOL SYSTEMS, INC; And EXPERIAN INFORMATION SOLUTIONS, INC. | | Article III Judge |
| | | Honorable Richard L. Bourgeois, Jr Magistrate Judge |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, to file this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that **Plaintiff has settled their claim with Amcol Systems, Inc**.

2. The parties anticipate that it will take no longer than thirty (30) days to finalize all of the documentation required to terminate this litigation and have an agreed Stipulation of Dismissal filed dismissing **Amcol Systems, Inc.**

        Respectfully submitted,

        /s/ *Jonathan Raburn*
        Jonathan Raburn
        LA Bar Roll No. 28728
        The Raburn Law Firm, LLC
        301 N. Main Street, Suite 2200
        Baton Rouge, LA 70825
        Jonathan@geauxlaw.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed this the 30th day of November, 2016

                               /s/ *Jonathan Raburn*
                              Jonathan Raburn
                              LA Bar Roll No. 28728
                              The Raburn Law Firm, LLC
                              301 N. Main Street, Suite 2200
                              Baton Rouge, LA 70825
                              Jonathan@geauxlaw.com
                              Attorney for Plaintiff