UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CANDACE COLEMAN                                         CIVIL ACTION

VERSUS                                                  16-253-SDD-RLB

AMCOL SYSTEMS, INC., ET AL.

ORDER OF DISMISSAL

**CONSIDERING** the *Notice of Settlement*[1] filed on November 30, 2016 in the above captioned matter;

**IT IS HEREBY ORDERED** that this action is DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana the ___ day of December, 2016.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 17.

JURY